1  BARRY J. PORTMAN
   Federal Public Defender
2  JOHN PAUL REICHMUTH
   Assistant Federal Public Defender
3  555 - 12th Street
   Suite 650
4  Oakland, CA 94607-3627
   Telephone: (510) 637-3500
5
   Counsel for Defendant BELCHER
6

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,       )   No. CR-09-00362-CW
                                     )
12 |            Plaintiff,            )   STIPULATION TO CONTINUE;
                                     )   ORDERING CONTINUING CASE AND
13 | vs.                              )   EXCLUDING TIME UNDER THE SPEEDY
                                     )   TRIAL ACT; **ORDER**
14 | VICTORIA BELCHER,                )
                                     )
15 |            Defendant.            )
    _____  )
16

17         IT IS HEREBY STIPULATED, by and between the parties to this action, that the

18  STATUS HEARING date of September 23, 2009 presently scheduled at 2:30 p.m., before the

19  Honorable Claudia Wilken, be vacated and re-set for September 30, 2009 at 2:30 p.m. for

20  TRIAL OR MOTIONS SETTING OR DISPOSITION HEARING.

21         The reason for this request is that defense counsel continues to investigate this case and

22  present facts to the government in the hopes of resolving the case. The defense is currently

23  seeking records pertinent to Ms. Belcher and providing information to the prosecution.

24         The parties agree and stipulate that the time until September 30, 2009 should be

25  excluded, under 18 U.S.C. §3161(H)(7)(A) because the ends of justice served by the granting of

26  the continuance outweigh the bests interests of the public and the defendant in a speedy and

                                        1

1 | public trial. The continuance is necessary to accommodate counsel's preparation efforts.

Date   9/22/09

/s/
John Paul Reichmuth
Assistant Federal Public Defender
Counsel for defendant HIGGINS

Date   9/22/09

/s/
Wade Rhyne
Assistant United States Attorney

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.    /S/ John Paul Reichmuth
Counsel for Defendant Belcher

2

1       ORDER

2       The court finds that the ends of justice served by the granting of the continuance
3  outweigh the bests interests of the public and the defendant in a speedy and public trial. The
4  continuance is necessary to accommodate counsel's preparation efforts.  Based on these findings,
5  IT IS HEREBY ORDERED THAT the above-captioned matter is continued to September 30,
6  2009 at 2:30 p.m., and that time is excluded from September 23, 2009 until September 30, 2009
7  pursuant to 18 U.S.C. §§3161(h)(7)(A)

8       IT IS SO ORDERED.

9

10

11  _September 23, 2009_         _____
    Date                         HON. CLAUDIA WILKEN
12                               UNITED STATES DISTRICT JUDGE